UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ACCESS FOR THE DISABLED, INC., et al.,

    Plaintiffs,

v.                                                    Case No. 8:11-cv-00988-RAL-TGW

HOLMAN SUBZ II, INC.,

    Defendant.
_____/

## STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE AND DISMISSAL OF CASE WITH PREJUDICE

Plaintiffs and Defendant, by and through undersigned counsel, hereby move this court to approve and enter judgment on the proposed Consent Decree annexed hereto as Exhibit "A" ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter HI of Chapter 126 of Title 42 of the United States Code. 42 USC § 12188 (a)(2) (2000).

Wherefore, Plaintiffs and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree, retain jurisdiction to enforce the Consent Decree, and to dismiss the case with prejudice.

FOR THE PLAINTIFFS                                 FOR THE DEFENDANT

By: /s/Thomas B. Bacon                           By: /s/Kurt E. Lee

Thomas B. Bacon                                         Kurt E. Lee
Florida Bar No. 139262                           Florida Bar No. 983276
Thomas B. Bacon, P.A.                            Kirk Pinkerton, P.A.
4868 S.W. 103rd Ave.                              50 Central Ave., Suite 700
Cooper City, FL   33328                         Sarasota, FL   34236-5742
Ph. (954) 925-6488                                     Ph. (941) 364-2400
Fax (954) 237-1990                                     Fax (941) 364-2490
tbb@thomasbaconlaw.com                     klee@kirkpinkertonlaw.com

By: /s/John J. Dingfelder

John Dingfelder
Florida Bar No. 82919
Of Counsel for Thomas B. Bacon, P.A.
3006 San Carlos St.
Tampa, FL   33629
Ph. (813) 495-8838
john@dingfelderlaw.com